IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM L. SMITH, #202001493, | ) |
|         Plaintiff, | ) |
| vs. | ) Case No. 22-cv-01655-JPG |
| PAUL URASKI and FRANKLIN COUNTY JAIL, | ) |
|         Defendants. | ) |

**MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

Plaintiff William Smith filed this civil rights action pursuant to 42 U.S.C. § 1983 based on two separate "Notice[s] of Complaint" he submitted together as the First Amended Complaint. (Doc. 27). The first described excessive force during his arrest by Deputy Paul Uraski on March 13, 2022. (*Id*. at 6-8). The second addressed inadequate medical care for his injuries at Franklin County Jail. (*Id*. at 9-11). Consistent with *Dorsey v. Varga*, 55 F.4th 1094 (7th Cir. Dec. 15, 2022), this Court entered an Order striking the First Amended Complaint for improper joinder on February 21, 2023. (Doc. 30).

Plaintiff was granted leave to file a Second Amended Complaint focusing on the properly joined claim(s) he wished to pursue in this action, Count 1 or Count 2. He was issued two blank civil rights complaint forms for use in bringing his claims in separate actions. Plaintiff was also reminded of the 2-year statute of limitations applicable to both claims. Finally, Plaintiff was warned that failure to file an amended complaint in compliance with the Court's Order would result in dismissal of this action. (Doc. 30) (citing FED. R. CIV. P. 41(b)).

Plaintiff did not file a Second Amended Complaint by March 21, 2023. He also did not request an extension of this deadline. Therefore, the Court entered the following Notice on March 27, 2023:

> NOTICE OF IMPENDING DISMISSAL: On February 21, 2023, the Court entered an Order Striking First Amended Complaint for improper joinder of claims and/or defendants. Plaintiff was granted leave to file a Second Amended Complaint no later than March 21, 2023, and he

1

> was warned that failure to do so would result in dismissal of this action. Although he filed a Notice of Address Change (Doc. 31) on February 23, 2023, Plaintiff missed the deadline for filing a Second Amended Complaint on March 21, 2023. To date, the Court has received no Second Amended Complaint and no request for additional time to amend. Because it is not clear whether Plaintiff received the Order Striking Complaint at his new address, the Court hereby EXTENDS Plaintiff's deadline for filing the Second Amended Complaint to April 21, 2023. The Clerk's Office is DIRECTED to RE-SEND Plaintiff a copy of Doc. 30 and two blank civil rights complaint forms, along with a copy of this Order. Plaintiff is WARNED that this action will be dismissed after April 21, 2023, if he does not file a Second Amended Complaint.

(*See* Order at Doc. 32). The Court extended Plaintiff's deadline for filing a Second Amended Complaint by one month and again warned him that failure to comply with the Order to file a Second Amended Complaint by the deadline would result in dismissal of the entire action. (*Id*.).

The Court has received no Second Amended Complaint. The extended deadline for filing it expired on April 21, 2023. Plaintiff has not requested an extension or communicated with the Court in regard to this matter. The Court will not allow this case to linger indefinitely. Accordingly, this action will be dismissed for failure to comply with the Court's Orders (Docs. 30 and 32) to file a Second Amended Complaint and/or prosecute his claims.

## Disposition

For the foregoing reasons, this case is **DISMISSED** without prejudice based on Plaintiff's failure to comply with the Court's Orders (Docs. 30 and 32) to file a Second Amended Complaint and his failure to prosecute his claims. FED. R. CIV. P. 41(b). This dismissal does not count as a "strike." 28 U.S.C. § 1915(g). The Clerk's Office is **DIRECTED** to close this case and enter judgment.

**IT IS SO ORDERED.**

**DATED: 4/27/2023**              s/J. Phil Gilbert
                                  **J. PHIL GILBERT**
                                  **United States District Judge**